Order issued January 31 , 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00968-CV

DAVID SCOT LYND, Appellant

V.

BASS PRO OUTDOOR WORLD, INC. D/B/A PASS PRO SHOP, Appellee

## ORDER

Appellant's December 14, 2012 motion to recuse Justice Lang from this appeal is

GRANTED.

DOUGLAS S. LANG
JUSTICE